# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TEXAS GUARANTEED STUDENT LOAN CORPORATION, § § § § § § § § § § § § | |
| | CIVIL ACTION NO.  6:18-CV-00341-RWS |
| Plaintiff, | |
| v. | |
| PHILLIP C. FLETCHER, | |
| Defendant. | |

## FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITOUT PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED**. The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 13th day of August, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE